Shanks Leonhardt/Bar No. 025595
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Direct Phone: 602-532-5677
Shanks.Leonhardt@sandersparks.com

Darcy C. Osta (*Admitted Pro Hac Vice*)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, D.C. 20006
Direct Phone: 202-659-6611
dosta@eckertseamans.com

*Attorneys for Plaintiff evoJets, LLC*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| evoJets, LLC, | Case No.: CV-26-00486-PHX-DJH |
| Plaintiff, | **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT AIRCRAFT TRANSPORT SERVICES, INC.** |
| v. | |
| Aircraft Transport Services, Inc., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiff, evoJets, LLC ("Plaintiff"), hereby moves for an entry of default judgment in favor of Plaintiff and against Defendant Aircraft Transport Services, Inc. ("Defendant"). Defendant failed to timely answer or otherwise defend against Plaintiff's claims, and the amount sought in the Complaint is a sum certain. This Motion is supported by the Declaration of Richard Palese ("Palese Dec."), which is attached hereto as **Exhibit A**.

Fed. R. Civ. P. 55(b)(1) states that "[i]f the plaintiff's claim is for a sum certain . . . the clerk – on the plaintiff's request, with an affidavit showing the amount due – must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person."

Plaintiff filed its Complaint on January 23, 2026. *See* ECF No. 1. The Summons in a Civil Action was issued on January 27, 2026. *See* ECF No. 5. Defendant was personally served with process through its registered agent, Registered Agents Inc., on February 3, 2026. *See* ECF No. 8. Pursuant to Fed. R. Civ. P. 4(h) and Ariz. R. Civ. P. 4.2(b), service on Defendant was complete on February 3, 2026. *See* ECF No. 8. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant had twenty-one (21) days, or until February 24, 2026, to serve its answer or responsive pleading to Plaintiff's Complaint. The time for Defendant to answer, plead, or otherwise defend against Plaintiff's Complaint has expired, and Defendant failed to plead or otherwise defend against Plaintiff's claims.

On February 26, 2026, Plaintiff filed an Application for Entry of Default Against Defendant ("Application"). *See* ECF No. 13. A copy of the Application was mailed to Defendant's registered agent that same day. The Clerk of the Court entered default against Defendant on February 27, 2026. *See* ECF No. 14.

All of the material facts are established by the record, and all allegations in the Complaint are deemed admitted. As alleged in the Complaint and established by the Clerk's entry of default (ECF No. 14), Defendant breached its contract with Plaintiff by failing to provide roundtrip air charter transportation services in exchange for Plaintiff's payment in the amount of $168,400.00, and, as a proximate result, Plaintiff sustained monetary damages in the amount of $168,400. Thus,

Defendant is liable to Plaintiff for direct damages in the amount of $168,400.00. Palese Dec. at ¶ 15.

Further, Defendant is neither a minor, an incompetent person, nor a member of the armed forces. Palese Dec. at ¶ 14.

Therefore, Plaintiff requests that the Court enter default judgment against Defendant and in favor of Plaintiff in the total amount of $168,400, together with pre- and post-judgment interest accruing at the statutory rate. A proposed form of judgment is attached hereto as **Exhibit B**.

**RESPECTFULLY SUBMITTED** this 12th day of March, 2026.

> **ECKERT SEAMANS CHERIN & MELLOTT, LLC**
>
> By    */s/ Darcy C. Osta*
> Darcy C. Osta (*Admitted Pro Hac Vice*)
> 1717 Pennsylvania Avenue, NW, 12th Floor
> Washington, D.C. 20006
>
> And
>
> Shanks Leonhardt
> **SANDERS & PARKS, P.C.**
> 3030 North Third Street, Suite 1300
> Phoenix, AZ 85012-3099
>
> *Attorneys for Plaintiff evoJets*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing thereby, transmitting a Notice of Electronic Filing to all CM/ECF registrants.

I further certify that on March 12, 2026, I served the attached document by USPS first class mail on the following recipients, who have not appeared in this matter:

> Aircraft Transport Services, Inc.
> c/o Registered Agent
> Registered Agents Inc.
> 7901 4th Street, N., Suite 300
> St. Petersburg, Florida 33702

By: */s/ Darcy C. Osta*
    Darcy C. Osta

- 4 -